IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

STEVEN LEE VANZANT,

            **Petitioner,**

v.

DAVID ROGERS,

            **Respondent.**

Case No.   20-CV-005-JFH-DES

## OPINION AND ORDER

This matter is before the Court on a motion by Petitioner Steven Lee Vanzant ("Vanzant") to file an objection out of time. Dkt. No. 34. The record shows that Vanzant is a state prisoner who filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 6, 2020. Dkt. No. 1. On April 1, 2024, the Court entered an Opinion and Order denying the habeas corpus petition and a certificate of appealability. Dkt. No. 32. On that same date, Judgment was entered against Vanzant. Dkt. No. 33.

On June 17, 2024, Vanzant filed a "Motion For Leave To File Objection Out of Time Due-to-No Fault-Facility Mailing Error." Dkt. No. 34. On that same date he filed an "Objection To: US Magistrate[']s Report And Recommendation" [Dkt. No. 35] and an "Objection to U.S. District Judge[']s Adoption of U.S. Magistrate[']s Report and Recommendation" [Dkt. No. 36]. The Magistrate Judge, however, did not enter a Report and Recommendation in this case. Instead, an Opinion and Order was entered by the District Judge. Dkt. No. 32. Therefore, Vanzant's motion to file an objection to a Report and Recommendation [Dkt. No. 34] is futile and must be denied.

IT IS THEREFORE ORDERED that Vanzant's motion for leave to file an out-of-time objection [Dkt. No. 34] is denied.

Dated this 12th day of August 2024.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE